AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Neiter, Richard M. | U.S. Bankruptcy Court, Central District of California | 10/31/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge--full time | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Roybal Federal Bldg.
255 E. Temple St. #1652
Los Angeles, Ca. 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | CorralWwest Homeowners Associatioin |
| 2. | Co-trustee | Trust #1 |
| 3. | Co-trustee | Life Insurance Trust #2 (Y) |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | Employment agreement with ST&G for deferred compensation upon terminating my shareholder interest in 2001 and retirement in 2006. See Part VIII. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 10/31/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | ST & G deferred compensation | $64,695.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | self employed art dealer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 10/31/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 10/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | IRA #1 (H) | | | | | | | | | Part VII - Header |
| 2. | -Schwab Money Market | A | Int./Div. | K | T | | | | | |
| 3. | -TR Price Emg Bond (PREMX) | E | Dividend | N | T | Sold (part) | 01/06/12 | L | | |
| 4. | | | | | | Buy (add'l) | 02/09/12 | L | | |
| 5. | | | | | | Sold (part) | 06/08/12 | J | A | |
| 6. | - BlackRock Global Alloc (MALOX) | C | Dividend | M | T | Sold (part) | 02/07/12 | K | C | |
| 7. | - Lazard Emg Mkts Ints (LZEMX) | | None | | | Sold | 02/07/12 | N | E | |
| 8. | - Nuveen Tradwinds Global All C (NWGRX) | | None | | | Sold | 02/07/12 | N | E | |
| 9. | - Osterweis Fund (OSTFX) | D | Dividend | M | T | Sold (part) | 02/07/12 | K | C | |
| 10. | -JPMorgan Research (JPMNX) | | None | N | T | Buy (add'l) | 01/09/12 | K | | |
| 11. | | | | | | Buy (add'l) | 02/08/12 | L | | |
| 12. | -Merger Fund (MERFX) | D | Dividend | N | T | Buy (add'l) | 02/08/12 | M | | |
| 13. | -Neuberger Berman Eq Inc (NBHAX) | D | Dividend | M | T | Sold (part) | 02/07/12 | M | D | |
| 14. | -PIMCO Uncons Bond (PFIUX) | D | Int./Div. | N | T | Sold (part) | 02/07/12 | M | | |
| 15. | | | | | | Sold (part) | 06/08/12 | K | A | |
| 16. | -PIMCO All Asset All Aut (PAUIX) | E | Dividend | N | T | Buy (add'l) | 02/08/12 | M | | |
| 17. | | | | | | Sold (part) | 06/08/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 10/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PIMCO Global Multi (PGAIX) | D | Dividend | M | T | Sold (part) | 02/07/12 | K | | |
| 19. -Schwab Fund Lg Co (SFLNX) | C | Dividend | M | T | Sold (part) | 02/07/12 | L | D | |
| 20. -Vanguard S/T Corp (VFSTX) | D | Dividend | M | T | Buy (add'l) | 01/09/12 | J | | |
| 21. | | | | | Buy (add'l) | 02/09/12 | K | | |
| 22. | | | | | Sold (part) | 06/08/12 | J | A | |
| 23. -Wasatch Emg Mkt Sm (WAEMX) | | None | | | Sold | 02/07/12 | M | E | |
| 24. -Vanguard Dividend Growth (VDIGX) | C | Dividend | M | T | Buy | 09/27/12 | M | | |
| 25. - Columbia Dividend Inc. Z (GSFTX) | B | Dividend | M | T | Buy | 09/27/12 | M | | |
| 26. -iShares Dow Jones Select Dividend (DVY) | D | Dividend | | | Buy | 02/08/12 | M | | |
| 27. | | | | | Sold | 09/25/12 | M | D | |
| 28. -Federated Strat Value Div (SVAIX) | D | Dividend | | | Buy | 02/19/12 | M | | |
| 29. | | | | | Sold | 09/25/12 | M | E | |
| 30. -Vanguard Equity Income (VIVEX) | D | Dividend | M | T | Buy | 02/08/12 | M | | |
| 31. IRA #2 (H) | | | | | | | | | Part VII - Header |
| 32. -Schwab One MM | A | Dividend | L | T | | | | | |
| 33. IRA #3 (SEP) (H) | | | | | | | | | Part VII - Header |
| 34. -Schwab One MM | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 10/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - PIMCO All Asset Fund Institutional (PAAIX) | A | Dividend | K | T | Sold (part) | 11/08/12 | J | | |
| 36. Trust #1 (H) | | | | | | | | | Part VII - Header |
| 37. -Schwab Money Market | | None | J | T | | | | | |
| 38. -USBank | A | Interest | M | T | | | | | |
| 39. -Innovative Micro Technology, Inc (common stock) (Y) | | | | | | | | | See Part VIII |
| 40. -Private Bank of California (common stock) | | None | K | T | | | | | |
| 41. -Rental Property - Los Angeles County, Ca | F | Rent | P1 | W | | | | | |
| 42. -Partial interest in homeowners ass'n | | None | J | U | | | | | |
| 43. -Lois Neiter Fine Art llc | D | Distribution | N | U | | | | | see Part VIII |
| 44. Life Insurance trust #2 (H) | | | | | | | | | Header; see Part VIII |
| 45. -Principal Financial (life insurance | A | Int./Div. | | | Redeemed | 02/07/12 | M | F | see Part VIII |
| 46. -AX Equitable (Universal life ins.) | B | Int./Div. | | | Redeemed | 02/07/12 | M | | see Part VIII |
| 47. IRA #5 (H) (Y) | | | | | | | | | Header; see Part VIII |
| 48. -Schwab One MM (checking) (Y) | | | | | | | | | See Part VIII |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. IRA #5 (H) | | | | | | | | | Part VII - Header |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 10/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Schwab One MM (Checking) | A | Int./Div. | L | T | | | | | |
| 53. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard M. | 10/31/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, item 3 Life Insurance Trust #2 terminated when tow ins policiesit owned were cashed in 2/2012.

Part II, item 1, My employment agreement with ST&G entitles me, as a former shareholder,to a sum that was fixed upon the termination of my shareholder status in 4/01. The amount paid, however, is adjusted annually and paid monthly. It is calculated as fraction, the numerator of which is the amount due to a senior shareholder, the denominator of which is the total amount due to all retired shareholders who are entitled to deferred compensation, times the fixed amount due to me.

Part VII, item 39, the stock is not publicly traded and not presently capable of sale or of estimating its value, if any.

Part VII, item 43, is the entity formed for spouse's business.

Part VII, item 44, was terminated when the two life insurance policies it owned were redeemed for their cash surender values in 2/2012.

Part VII, item 45 was redeemed for its cash surrender value on 2/07/2012.

Part VII, item 46 was redeemed for its cash surrender value on 2/07/2012.

Part VII, former item 47, is a joint survivor life insurance policy in which my wife and I are the insureds but the policy is owned by an Irrevocable life insurance trust formed for the benefit of our children and grandchildren. This item will no longer be reported as it is not held by me for the production of income.

Part VII, item 47, formerly listed on line 48 was listed in my 2011 FDR in error; it was a dulicate of IRA #2.

Part VII, item 48, formerly listed on line 49 was listed in my 2011 FDR in error; it was a duplicate of he Schwab MMA owned by and listed under IRA Trust #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard M. Neiter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544